
EEN/KYO: USAO 2021R00753



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 22-cr-00041-GLR |
| | * | |
| JANICE MARTINA MASON, | * | (Second Degree Murder, |
| | * | 18 U.S.C. § 1111; Forfeiture, 18 U.S.C. |
| Defendant | * | § 981(a)(1)(C), 21 U.S.C. § 853(p), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
**(Second Degree Murder)**

The Grand Jury for the District of Maryland charges that:

On or about November 24, 2021, in the District of Maryland, the defendant,

**JANICE MARTINA MASON,**

did, on lands within the special maritime and territorial jurisdiction of the United States, with malice aforethought, unlawfully kill Victim 1.

18 U.S.C. § 1111

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(c), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**JANICE MARTINA MASON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____ (EEN)
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED    3FEB2022
Foreperson            Date